CAROL LYNN THOMPSON (Bar No. 148079)
JAMES J. FONTANILLA (Bar No. 184661)
WEI-DRIN LEE (Bar No. 2115500)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
HEWLETT-PACKARD COMPANY, sued herein as HEWLETT PACKARD CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER VONDJIDIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>HEWLETT PACKARD CORPORATION, and DOES 1 through 500, inclusive,<br><br>                    Defendants. | **Case No.:  C03 02161 RMW PVT**<br><br>**CERTIFICATE OF SERVICE OF (1) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; AND (2) SUPPLEMENTARY MATERIALS PURSUANT TO CIVIL L.R. 4-2 AND 5-6(a)** |

# CERTIFICATE OF SERVICE
# BY HAND DELIVERY AND FEDERAL EXPRESS

I, Patti Johnsen, declare as follows:

I am employed with the law firm of HELLER, EHRMAN, WHITE & McAULIFFE LLP whose address is 333 Bush Street, San Francisco, California 94104-2878. I am over the age of eighteen years and not a party to this action.

On May 9, 2003, I caused the following to be served:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT attaching NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 AND 15 U.S.C. § 77P(c), 77P(f)(2), AND 77V(a)**

**CIVIL COVER SHEET**

**ELECTRONIC CASE FILING PROGRAM**

**GENERAL ORDER NO. 45 ELECTRONIC CASE FILING**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE FOR SECURITIES CLASS ACTIONS SUBJECT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA)**

**STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY**

**MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS**

**WELCOME TO THE UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**HANDBOOK ENTITLED DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT COURT OF CALIFORNIA)**

**INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR L.R.3-5)**

2

CERTIFICATE OF SERVICE OF (1) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; AND (2) SUPPLEMENTARY MATERIALS PURSUANT TO CIVIL L.R. 4-2 AND 5-6(a)
U.S. Dist. Ct. Case No. C03 02161 RMW PVT

**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**GENERAL ORDER NO. 40 PROHIBITION OF BIAS**

**GENERAL ORDER NO. 53 PRIVACY**

**NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

**STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY**

**MAGISTRATE JUDGE PATRICIA TRUMBULL SETTLEMENT CONFERENCE PROCEDURES**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**STANDING ORDER RE: PRETRIAL PREPARATION**

on the below party in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing via Federal Express pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with Federal Express on the same day in the ordinary course of business:

3

CERTIFICATE OF SERVICE OF (1) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; AND (2) SUPPLEMENTARY MATERIALS PURSUANT TO CIVIL L.R. 4-2 AND 5-6(a)
U.S. Dist. Ct. Case No. C03 02161 RMW PVT

```
 1  WILLIAM W. PALMER
 2  THE LAW OFFICES OF
    WILLIAM W. PALMER
 3  1241 Carter Road
 4  Sacramento, California 95864
    (916) 972-0761
 5  (916) 972-0877 (fax)
 6
 7
        and by hand delivering via messenger a true copy thereof to the following party:
 8
 9  ROB D. MacDONALD
    STEVEN M. WHITE
10  WHITE & MacDONALD, LLP
11  99 Almaden Boulevard, Suite 1050
    San Jose, California 95113
12  (408) 345-4000
    (408) 345-4020 (fax)
13
14
        I declare under penalty of perjury under the laws of the State of California that the
15
    foregoing is true and correct.
16
        Executed this 13th day of May, 2003, at San Francisco, California.
17
                                By     /s/ Patti Johnsen
18                                     Patti Johnsen
19
        I hereby attest that I have been authorized by Patti Johnsen to execute this Certificate
20
21  of Service on Plaintiff Alexander Vondjidis.
22      Executed this 13th day of May, 2003, at San Francisco, California.
23
                                By     /s/ Carol Lynn Thompson
24                                     Carol Lynn Thompson
```

4

CERTIFICATE OF SERVICE OF (1) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;
AND (2) SUPPLEMENTARY MATERIALS PURSUANT TO CIVIL L.R. 4-2 AND 5-6(a)
U.S. Dist. Ct. Case No. C03 02161 RMW PVT